IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO PRECIADO PALAMINOS,

        Petitioner,          No. CIV S-09-2605 EFB P

  vs.

MIKE MCDONALD,

        Respondent.          <u>ORDER</u>

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Petitioner also requests that the court appoint him counsel.

      Petitioner challenges a conviction in the Madera County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's outstanding requests.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

////

////

1

1      3.  All future filings shall bear the new case number and shall be filed at:

2         United States District Court
        Eastern District of California
3         2500 Tulare Street
        Fresno, CA 93721

5  DATED: September 23, 2009.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE